Angela C. Agrusa (SBN 131337)
aagrusa@linerlaw.com
Wendy S. Dowse (SBN 261224)
wdowse@linerlaw.com
Nathan M. Davis (SBN 287452)
ndavis@linerlaw.com
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone:   (310) 500-3500
Facsimile:    (310) 500-3501

Attorneys for Dave's Gourmet, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MOJAN KAZEMI, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVE'S GOURMET, INC., a Virginia corporation,<br><br>　　　　　Defendant. | Case No. 3:16-cv-5269<br><br>Hon. Thelton E. Henderson<br><br>**NOTICE OF SETTLEMENT** |

　　　　Plaintiff Mojan Kazemi ("Plaintiff") and defendant Dave's Gourmet, Inc. ("Defendant") (collectively, the "Parties") hereby notify the Court that the Parties have reached a confidential settlement and are in the process of preparing a confidential settlement agreement.

　　　　The Parties request that the Court stay the above-entitled action for a period of thirty days, in which the Parties will finalize the written settlement and release

agreement and file a request for dismissal of the entire action in accordance with that agreement.

Dated: January ___, 2017    LINER LLP

              By:  */s/ Nathan M. Davis*
                 Nathan M. Davis (SBN 287452)
                 Liner LLP
                 1100 Glendon Ave., 14th Fl
                 Los Angeles, California 90024
                 Telephone: (310) 500-3500
                 Facsimile: (310) 500-3501
                 Email:  aagrusa@linerlaw.com
                       wdowse@linerlaw.com
                       ndavis@linerlaw.com

*Attorneys for Defendant Dave's Gourmet, Inc.*

Dated: January 5, 2017    EGGNATZ, LOPATIN & PASCUCCI, LLP

              By:  */s/ Benjamin M. Lopatin*
                 Benjamin M. Lopatin (SBN 281730)
                 Eggnatz, Lopatin & Pascucci, LLP
                 2201 Market Street, Suite H
                 San Francisco, California 94114
                 Telephone: (415) 324-8620
                 Facsimile: (415) 520-2262
                 Email:  blopatin@ELPlawyers.com

*Attorneys for Plaintiff Mojan Kazemi and the Proposed Class*

# ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Nathan M. Davis, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Nathan M. Davis*
      Nathan M. Davis